# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0536
Lower Tribunal No. 23-21637-CA-01

_____

**Darin Engelhardt,**

Appellant,

vs.

**Lara Aronoff, et al.,**

Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Darin Engelhardt, in proper person.

GrayRobinson, P.A., and Ian Kukoff, for appellee.


Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.